In the Matter of the Claim of MARCUS BRENNAN, Respondent, against MACK INTERNATIONAL MOTOR TRUCK CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 8, 1934; decided January 9, 1934.)

Motion to amend remittitur denied. The award of costs to the claimant and State Industrial Board is the

award of a single bill of costs and not separate bills of costs to both the claimant and the State Industrial Board. (See 262 N. Y. 660; 263 N. Y. 563.)